Shari L. Lane, OSB #022440
shari.lane@harrang.com
Joshua P. Stump, OSB #974075
joshua.stump@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: 503.242.0000
Facsimile: 503.241.1458

Richard E. Fradette (Admitted *Pro Hac Vice)*
Rick@beliveau-fradette.com
Beliveau, Fradette & Gallant, P .A.
91 Bay Street
PO Box 3150
Manchester, NH 03105-3150
Telephone: 603.623.1234
Facsimile: 603.623.4817

Attorneys for Plaintiff David Shane Doran

Tamsen L. Leachman (OSB No. 044929)
tleachman@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone:     (503) 221-0309
Facsimile:     (503) 242-2457

Scott A. Forman (Admitted *Pro Hac Vice*)
sforman@littler.com
Jeffrey B. Jones (Admitted *Pro Hac Vice*)
jbjones@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone:     (305) 400-7500
Facsimile:     (305) 603-2552

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DAVID SHANE DORAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | Civ. No. 1:13-cv-01429-MO<br><br>**ORDER MODIFYING PROTECTIVE ORDER FOR SETTLEMENT PURPOSES ONLY** |

**Mosman**, District Judge:

On November 12, 2013, the Court entered a Protective Order (# 23) in this proceeding. Paragraph 6 of the Protective Order provides: "All information produced in this action, whether deemed Confidential or not, shall be used for purposes of this litigation and not for any other purpose." The Parties have engaged in discovery, including the exchange of information and documents designated as confidential pursuant to the Protective Order.

On April 30, 2014, in an effort to facilitate settlement in these matters, the Parties filed a Joint Motion to Amend the Protective Order seeking to modify the Protective Order to permit the parties to engage in limited sharing of confidential information and documents outside of the above-captioned litigation for settlement purposes only. The Parties' Joint Motion is hereby GRANTED.

1. The Parties may share documents and information discovered in the instant lawsuit, which are subject to the Protective Order, on a limited basis with co-counsel, affiliated counsel and clients in other jurisdictions for the sole purpose of settling matters involving Defendant, Plaintiff's counsel and individuals terminated under Walmart's Credentialing Policy.

Page 2 – **AMENDED PROTECTIVE ORDER FOR SETTLEMENT PURPOSES ONLY**

2. No documents or information subject to this Order may be disclosed to persons unless and until such persons have executed a Statement of Certification, attached hereto as Exhibit A, certifying that they will abide by the terms of the Protective Order.

3. By sharing this information, the Parties are not waiving any objections, including relevancy objections, which may apply to the information and documents in this or any other litigation matter.

4. The attorneys of record are responsible for employing reasonable measures, consistent with this Order, to control access to, and distribution of information designated "Confidential."

5. Within twenty (20) business days following the conclusion of mediation in any matter outside of the above captioned matter, Plaintiff's counsel, any attorney affiliated with Plaintiff's counsel, any individual terminated under Walmart's credentialing policy, or any other person who received "Confidential" information pursuant to this Order shall destroy same or return all to the party who designated the information or documents confidential. All information and documents used or shared pursuant to this Order in cases outside of the above captioned matter, exclusively, cannot be used by Plaintiff's counsel, any attorney affiliated with Plaintiff's counsel, any individual terminated under Walmart's credentialing policy or any other person in receipt of same beyond the limited mediation purposes described herein.

IT IS SO ORDERED.

DATED this  7th  day of May, 2014.

/s/Michael W. Mosman
Michael W. Mosman
U.S. DISTRICT JUDGE

Page 3 – **AMENDED PROTECTIVE ORDER FOR SETTLEMENT PURPOSES ONLY**

Shari L. Lane, OSB #022440
shari.lane@harrang.com
Joshua P. Stump, OSB #974075
joshua.stump@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: 503.242.0000
Facsimile: 503.241.1458

Richard E. Fradette (Admitted *Pro Hac Vice)*
Rick@beliveau-fradette.com
Beliveau, Fradette & Gallant, P .A.
91 Bay Street
PO Box 3150
Manchester, NH 03105-3150
Telephone: 603.623.1234
Facsimile: 603.623.4817

Attorneys for Plaintiff David Shane Doran

Tamsen L. Leachman (OSB No. 044929)
tleachman@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone:     (503) 221-0309
Facsimile:     (503) 242-2457

Scott A. Forman (Admitted *Pro Hac Vice*)
sforman@littler.com
Jeffrey B. Jones (Admitted *Pro Hac Vice*)
jbjones@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone:     (305) 400-7500
Facsimile:     (305) 603-2552

Attorneys for Defendant
WAL-MART STORES, INC.

1 - EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID SHANE DORAN,<br><br>    Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 1:13-cv-01429-MO<br><br>**EXHIBIT A** |

**CERTIFICATION**

1. My name is _____.

    I live at _____.

    I am employed as (state position) _____

    by (state name and address of employer) _____.

2. I have read the Protective Order that has been entered in this case, and a copy of it has been given to me. I understand the provision of this Order, and agree to comply with and to be bound by its provisions.

3. I understand that for purposes of settlement discussions, exclusively, in another matter to which I am a Party, attorney of record or retained by the attorney of record, on a limited basis, I am receiving documents and information discovered in the above captioned litigation, which are subject to the Order.

4. I agree that such documents and information will be used only for settlement discussions and for no other purpose.

2 - EXHIBIT A

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 20\_\_.

By: _____
 (Signature)

Firmwide:126641691.1 015602.8449

3 - EXHIBIT A